UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JAMES FORTUNE,

                *Plaintiff*,

vs.

FLAVORPILL PRODUCTIONS LLC

                *Defendant.*
------------------------------------------------------------x

Index No. 16-cv-9022(RA)(KHP)

ECF Case

**AFFIDAVIT IN SUPPORT OF AN INQUEST**

COMMONWEALTH OF VIRGINIA   )
                                         )   SS.:
COUNTY OF HANOVER           )

       JAMES FORTUNE, being duly sworn, deposes and says:

1. I am a professional photographer and plaintiff in the above-entitled action and I am familiar with all the facts and circumstances in this action.

2. I make this affidavit in support of my own licensing history for the photograph in question, as well as photographs of similar style, quality and content.

3. I have undertaken a full search of my records, written, electronic and otherwise, for evidence of a license for the photograph at issue in this case.

4. I have not been able to locate any physical license for this photograph.

5. I recall that this photograph was taken by me, at the Keith Moon's birthday party in 1975.

6. I was invited to attend and take photographs the birthday celebration in question.

7. A print of this photograph was available for up to $3,500 on my website jamesfortunephotography.com.

DATED: November 13, 2017
Valley Stream, NY

Respectfully Submitted,

James Fortune
12420 N. Oaks Drive,
Ashland, VA 23005